# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynn, Barbara M. | U.S.D.C.-No. District of Texas | 08/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Federal Judge | ☐ Nomination ☐ Date / ☐ Initial ✔ Annual ☐ Final / 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

1100 Commerce Street, Room 1572
Dallas, TX 75242

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. | Co-Trustee | Family Trust (Trust #1) (Dallas, Texas)(Income and Principal Beneficiary) |
| 3. | Member | Board of Directors, Southern Methodist University Tate Lecture Series |
| 4. | Trustee and Vice President | Board of Trustees, American Inns of Court Foundation |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Michael P. Lynn P.C. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | January 17-20, 2019 | Laguna Beach, CA | Winter Leadership Meeting | Transportation, meals, hotel |
| 2. | University of Southern California | March 16-20, 2019 | Santa Monica, CA | Panelist | Transportation, meals, hotel |
| 3. | American Bar Association | April 30-May 5, 2019 | New York, NY | Section of Litigation and Solo Practice Division CLE Conference | Transportation, meals, hotel |
| 4. | Univerity of Texas | June 20, 2019 | Austin, TX | Panelist | Transportation, meals, hotel |
| 5. | American Inns of Court Foundation | October 24-27, 2019 | Washington, DC | Board Meeting | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lynn, Barbara M.** | 08/12/2020 |

6.  The Honorable Barbara M. G. Lynn American Inn of Court     October 27, 2019     Washington, DC     Celebration of Excellence Dinner     Meal

| Name of Person Reporting | Date of Report |
|---|---|
| **Lynn, Barbara M.** | 08/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lynn, Barbara M.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Account #1 (includes 2-28) | | | | | | | | | |
| 2. -Vanguard Ext Mkt Idx Adm | D | Dividend | | | Redeemed | 12/30/19 | O | | |
| 3. -Vanguard Int Term TE Adm | F | Dividend | | | Redeemed | 12/30/19 | P1 | | |
| 4. -Vanguard Long Term TE Adm | E | Dividend | | | Redeemed | 12/30/19 | O | | |
| 5. -Vanguard Ltd Term TE Adm | E | Dividend | | | Redeemed (part) | 01/07/19 | J | A | |
| 6. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/20/19 | J | | |
| 7. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/22/19 | J | | |
| 8. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/27/19 | J | | |
| 9. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/27/19 | J | | |
| 10. -Vanguard Ltd Term TE Adm | | | | | Redeemed (part) | 04/01/19 | J | A | |
| 11. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/14/19 | J | | |
| 12. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/20/19 | J | | |
| 13. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/20/19 | J | | |
| 14. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/26/19 | J | | |
| 15. -Vanguard Ltd Term TE Adm | | | | | Redeemed (part) | 07/01/19 | J | A | |
| 16. -Vanguard Ltd Term TE Adm | | | | | Redeemed | 12/30/19 | P1 | | |
| 17. -Vanguard Tax Managed Cap Ap Adm | E | Dividend | | | Redeemed | 12/30/19 | P1 | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Vanguard Ttl Int Stock Index Adm | E | Dividend | | | Redeemed | 12/30/19 | P1 | | |
| 19.   -Vanguard Tlt Stk Idx Adm | G | Dividend | | | Redeemed | 12/30/19 | P2 | | |
| 20.   -Vanguard 500 Idx Adm | E | Dividend | | | Redeemed | 12/30/19 | P1 | | |
| 21.   -Vanguard Federal Money Market | A | Dividend | J | T | Buy | 09/16/19 | J | | |
| 22.   -Vanguard Federal Money Market | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 23.   -Vanguard Federal Money Market | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 24.   -Vanguard Federal Money Market | | | | | Sold<br>(part) | 10/08/19 | J | | |
| 25.   -Vanguard Federal Money Market | | | | | Buy<br>(add'l) | 12/23/19 | K | | |
| 26.   -Vanguard Federal Money Market | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 27.   -Vanguard Federal Money Market | | | | | Redeemed<br>(part) | 12/30/19 | K | | |
| 28.   -Vanguard Federal Money Market | | | | | Buy<br>(add'l) | 12/31/19 | J | | |
| 29.   Vanguard Account #2 (includes 30) | | | | | | | | | |
| 30.   -Vanguard Tax-Exempt Money Mkt | A | Dividend | K | T | | | | | |
| 31.   Vanguard Account #3 (includes 32-50) | | | | | | | | | |
| 32.   -Vanguard Ltd-Term Tax-Exempt Adm | D | Dividend | | | Redeemed<br>(part) | 01/07/19 | J | A | |
| 33.   -Vanguard Ltd-Term Tax-Exempt Adm | | | | | Redeemed<br>(part) | 04/01/19 | J | A | |
| 34.   -Vanguard Ltd-Term Tax-Exempt Adm | | | | | Redeemed<br>(part) | 07/01/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lynn, Barbara M. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Vanguard Ltd-Term Tax-Exempt Adm | | | | | Redeemed | 12/30/19 | O | | |
| 36.  -Vanguard Int Term TE Adm | E | Dividend | J | T | Buy (add'l) | 03/22/19 | J | | |
| 37.  -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/22/19 | J | | |
| 38.  -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/14/19 | J | | |
| 39.  -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/20/19 | J | | |
| 40.  -Vanguard Int Term TE Adm | | | | | Redeemed | 12/30/19 | P1 | | |
| 41.  -Vanguard Long Term TE Adm | A | Dividend | | | Redeemed | 12/30/19 | J | | |
| 42.  -Vanguard Tlt Stk Mkt Idx Adm | E | Dividend | | | Redeemed | 12/30/19 | O | | |
| 43.  -Vanguard Tlt Int Stock Idx Adm | C | Dividend | | | Redeemed | 12/30/19 | M | | |
| 44.  -Vanguard Federal Money Market | A | Dividend | J | T | Buy | 09/16/19 | J | | |
| 45.  -Vanguard Federal Money Market | | | | | Buy (add'l) | 09/24/19 | J | | |
| 46.  -Vanguard Federal Money Market | | | | | Sold (part) | 10/08/19 | J | | |
| 47.  -Vanguard Federal Money Market | | | | | Buy (add'l) | 12/23/19 | J | | |
| 48.  -Vanguard Federal Money Market | | | | | Buy (add'l) | 12/24/19 | J | | |
| 49.  -Vanguard Federal Money Market | | | | | Redeemed (part) | 12/30/19 | J | | |
| 50.  -Vanguard Federal Money Market | | | | | Buy (add'l) | 12/31/19 | J | | |
| 51.  Vanguard Account #4 (includes 52-54) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Tax-Exempt Money Mkt | D | Dividend | P1 | T | Buy (add'l) | 01/07/19 | O | | |
| 53. -Vanguard Tax-Exempt Money Mkt | | | | | Buy (add'l) | 04/08/19 | K | | |
| 54. -Vanguard Tax-Exempt Money Mkt | | | | | Buy (add'l) | 10/02/19 | O | | |
| 55. Vanguard Account #5 (includes 56) | | | | | | | | | |
| 56. -Vanguard Tax-Exempt Money Mkt | A | Dividend | L | T | | | | | |
| 57. Vanguard R/O IRA #1 (includes 58-64) | | | | | | | | | |
| 58. -Vanguard Int Inv Grade Adm | E | Dividend | O | T | | | | | |
| 59. -Vanguard Ttl Bond Mkt Idx Adm | E | Dividend | O | T | | | | | |
| 60. -Vanguard Tlt Int Bond Mkt Idx Adm | E | Dividend | O | T | | | | | |
| 61. -Vanguard ST Inv Grade Adm | D | Dividend | N | T | Redeemed (part) | 01/07/19 | J | | |
| 62. -Vanguard ST Inv Grade Adm | | | | | Redeemed (part) | 04/01/19 | J | | |
| 63. -Vanguard ST Inv Grade Adm | | | | | Redeemed (part) | 07/01/19 | J | | |
| 64. -Vanguard ST Inv Grade Adm | | | | | Redeemed (part) | 10/08/19 | J | | |
| 65. Vanguard IRA #1 (includes 66-69) | | | | | | | | | |
| 66. -Vanguard Total Bond Mkt Idx Adm | C | Dividend | M | T | Redeemed (part) | 01/07/19 | J | | |
| 67. -Vanguard Total Bond Mkt Idx Adm | | | | | Redeemed (part) | 04/01/19 | J | | |
| 68. -Vanguard Total Bond Mkt Idx Adm | | | | | Redeemed (part) | 07/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Vanguard Total Bond Mkt Idx Adm | | | | | Redeemed (part) | 10/07/19 | J | | |
| 70. Trust #1 (includes 71-80) | | | | | | | | | |
| 71. -Vanguard Int Term TE Adm | A | Dividend | P1 | T | Buy | 12/30/19 | P1 | | |
| 72. -Vanguard Ltd-Term TE Adm | A | Dividend | P1 | T | Buy | 12/30/19 | P1 | | |
| 73. -Vanguard Long Term TE Adm | A | Dividend | O | T | Buy | 12/30/19 | O | | |
| 74. -Vanguard Federal Money Market | A | Dividend | K | T | Buy | 12/30/19 | K | | |
| 75. -Vanguard 500 Index Adm | | | P1 | T | Buy | 12/30/19 | P1 | | |
| 76. -Vanguard Extended Market Index Adm | | | O | T | Buy | 12/30/19 | O | | |
| 77. -Vanguard Tax-Managed Capital Appreciation Adm | | | P1 | T | Buy | 12/30/19 | P1 | | |
| 78. -Vanguard Total Int Stock Market Index Adm | | | P1 | T | Buy | 12/30/19 | P1 | | |
| 79. -Vanguard Total Stock Market Index Adm | | | O | T | Buy | 12/30/19 | O | | |
| 80. -Vanguard Total Stock Market Index Institutional | | | P1 | T | Buy | 12/30/19 | P1 | | |
| 81. Trust #2A (includes 82-91) | | | | | | | | | |
| 82. -Vanguard Ttl Intl Stock Ix Adm | D | Dividend | N | T | | | | | |
| 83. -Vanguard Ttl Stock Ix Adm | D | Dividend | O | T | Redeemed (part) | 04/08/19 | K | E | |
| 84. -Vanguard Long Term TE Adm | C | Dividend | M | T | | | | | |
| 85. -Vanguard Inter Term TE Adm | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lynn, Barbara M. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Limited Term TE Adm | B | Dividend | M | T | Redeemed (part) | 01/07/19 | J | A | |
| 87. -Vanguard Limted Term TE Adm | | | | | Redeemed (part) | 04/01/19 | J | A | |
| 88. -Vanguard Limited Term TE Adm | | | | | Redeemed (part) | 07/01/19 | J | A | |
| 89. -Vanguard Limited Term TE Adm | | | | | Redeemed (part) | 10/08/19 | J | A | |
| 90. -Vanguard Federal Money Markeet | A | Dividend | | | Buy | 10/30/19 | J | | |
| 91. -Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 92. Vanguard Trust #2B (related to Trust #2A) (includes 93) | | | | | | | | | |
| 93. -Vanguard Prime Money Mkt | A | Dividend | J | T | Buy (add'l) | 05/16/19 | J | | |
| 94. Vanguard SEP IRA #1 (includes 95-98) | | | | | | | | | |
| 95. -Total Bond Mkt Idx Adm | B | Dividend | L | T | Redeemed (part) | 01/07/19 | J | | |
| 96. -Total Bond Mkt Idx Adm | | | | | Redeemed (part) | 04/01/19 | J | | |
| 97. -Total Bond Mkt Idx Adm | | | | | Redeemed (part) | 07/01/19 | J | | |
| 98. -Total Bond Mkt Idx Adm | | | | | Redeemed (part) | 10/07/19 | J | | |
| 99. Vanguard R/O IRA #1 (includes 100-106) | | | | | | | | | |
| 100. -Vanguard Int Inv Grade Adm | E | Dividend | O | T | | | | | |
| 101. -Vanguard Ttl Bd Mkt Idx Adm | D | Dividend | N | T | | | | | |
| 102. -Vanguard Ttl Int Bd Mkt Idx Adm | E | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lynn, Barbara M.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103.  -Vanguard ST Inv Grd Adm | D | Dividend | N | T | Redeemed (part) | 01/07/19 | J | | |
| 104.  -Vanguard ST Inv Grd Adm | | | | | Redeemed (part) | 04/01/19 | J | | |
| 105.  -Vanguard ST Inv Grd Adm | | | | | Redeemed (part) | 07/01/19 | J | | |
| 106.  -Vanguard ST Inv Grd Adm | | | | | Redeemed (part) | 10/07/19 | J | | |
| 107.  Vanguard R/O IRA #2 (includes 108-113) | | | | | | | | | |
| 108.  -Vanguard Int Inv Grd Adm | E | Dividend | P1 | T | | | | | |
| 109.  -Vanguard ST Inv Grd Adm | E | Dividend | O | T | Redeemed (part) | 01/07/19 | J | | |
| 110.  -Vanguard ST Inv Grd Adm | | | | | Redeemed (part) | 04/01/19 | J | | |
| 111.  -Vanguard ST Inv Grd Adm | | | | | Redeemed (part) | 07/01/19 | J | | |
| 112.  -Vanguard ST Inv Grd Adm | | | | | Redeemed (part) | 10/08/19 | J | | |
| 113.  -Vanguard Ttl Intl Bond Ix Adm | E | Dividend | O | T | | | | | |
| 114.  Vanguard IRA (includes 115-118) | | | | | | | | | |
| 115.  -Vanguard Ttl Bond Mkt Ix Adm | C | Dividend | M | T | Redeemed (part) | 01/07/19 | J | | |
| 116.  -Vanguard Ttl Bond Mkt Ix Adm | | | | | Redeemed (part) | 04/01/19 | J | | |
| 117.  -Vanguard Ttl Bond Mkt Ix Adm | | | | | Redeemed (part) | 07/01/19 | J | | |
| 118.  -Vanguard Ttl Bond Mkt Ix Adm | | | | | Redeemed (part) | 10/08/19 | J | | |
| 119.  Vanguard Trust #1 (See VIII. Additional Information or Explanations) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Vanguard Trust #2 (See VIII. Additional Iinformation or Explanations) | | | | | | | | | |
| 121. Investments Ltd (includes 122-143) | | | | | | | | | |
| 122. -Vanguard 500 Idx Adm | E | Dividend | P1 | T | | | | | |
| 123. -Vanguard Int Term TE Adm | E | Dividend | P1 | T | Buy (add'l) | 03/20/19 | J | | |
| 124. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/22/19 | J | | |
| 125. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/27/19 | J | | |
| 126. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/27/19 | J | | |
| 127. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/14/19 | J | | |
| 128. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/20/19 | J | | |
| 129. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/20/19 | J | | |
| 130. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/26/19 | J | | |
| 131. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/13/19 | J | | |
| 132. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/13/19 | J | | |
| 133. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/23/19 | J | | |
| 134. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/25/19 | J | | |
| 135. -Vanguard Tax Managed Cap Appreciation Adm | F | Dividend | P1 | T | | | | | |
| 136. -Vanguard Ttl Int Stock Index Adm | F | Dividend | P1 | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Vanguard Ltd-Term TE Adm | E | Dividend | P1 | T | Redeemed (part) | 01/07/19 | J | A | |
| 138.  -Vanguard Ltd-Term TE Adm | | | | | Redeemed (part) | 04/01/19 | J | A | |
| 139.  -Vanguard Ltd-Term TE Adm | | | | | Redeemed (part) | 07/01/19 | J | A | |
| 140.  -Vanguard Ltd-Term TE Adm | | | | | Redeemed (part) | 10/07/19 | J | A | |
| 141.  -Vanguard Ext Mkt Idx Adm | D | Dividend | O | T | | | | | |
| 142.  -Vanguard Federal Money Market Fund | A | Dividend | L | T | Buy | 12/23/19 | K | | |
| 143.  -Vanguard Federal Money Market Fund | | | | | Buy (add'l) | 12/24/19 | K | | |
| 144. Management Ltd (includes 145) | | | | | | | | | |
| 145.  -Vanguard Federal Money Market | A | Dividend | J | T | | | | | |
| 146. 401k-LHPC Profit Sharing and Cash Balance | | None | N | T | | | | | |
| 147. Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |
| 148. JP Morgan Chase | A | Interest | J | T | | | | | |
| 149. Comerica | D | Dividend | P1 | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lynn, Barbara M.** | 08/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This year we had a very significant number of transactions.  I relied on our financial advisor in the implementation, accounting and recording of these transactions.

Vanguard Trust #1 (line 119) was dissolved in 2018.  Vanguard Trust #2 (line 120)  was inadvertently listed on previous reports past the time the beneficiary was a non-dependent minor.

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara M. Lynn**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544